IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AMANDA L. PAOLETTI, | § | |
| | § | |
| Defendant Below, | § | No. 117, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. N1501011044 |
| | § | |
| Appellee. | § | |

Submitted: June 3, 2025
Decided: July 1, 2025

## <u>**ORDER**</u>

The appellant filed this appeal from a Superior Court order sentencing her for a violation of probation. Court staff sent the appellant letters directing her to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis*, or a notice to show cause would issue. On May 19, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why the Court should not dismiss the appeal for the appellant's failure to diligently prosecute the appeal by either paying the Supreme Court filing fee or filing a motion to proceed *in forma pauperis*. The notice to show cause was delivered on May 23, 2025. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice